# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT FITZGERALD SMITH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:15-cv-00465-JAD-PAL

**ORDER**

    Petitioner has submitted an application to proceed in forma pauperis (#1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The documents attached to the application show regular monthly deposits. The court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///
///
///
///
///
///

1  IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of
2  this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order
3  attached to the check paying the filing fee.
4  DATED: March 17, 2015.

_____
JENNIFER A. DORSEY
United States District Judge