UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Robert Fitzgerald Smith,

    Petitioner

v.

Brian E. Williams, et al.,

    Respondents

2:15-cv-00465-JAD-PAL

**Order Dismissing Case**

    In this mixed-petition case, I previously gave petitioner Robert Smith two options: (1) dismiss the unexhausted grounds in his petition and proceed with the exhausted grounds, or (2) dismiss the case and return to state court to exhaust the unexhausted grounds.[1] Smith evidently chose the second option and now declares that he wishes to dismiss this case.[2] The dismissal is without prejudice, and I make no determinations regarding potential state-court or federal-court procedural bars.

    Accordingly, IT IS HEREBY ORDERED that this case is **DISMISSED** without prejudice.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED** because reasonable jurists would not find my decision debatable.

    The **Clerk of Court** is directed to **CLOSE THIS CASE**.

    DATED: October 30, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *See* ECF No. 46.

[2] *See* ECF No. 47.